Jordon Harlan, Esq. (CA #273978)
HARLAN HILLIER DIGIACCO LLP
122 43rd Street
Manhattan Beach, CA 90266
Telephone: (619) 330-5120
Fax: (619) 839-3895
jordon@hhdlaw.com

Adam J. Kress, Esq. (MN #0397289)
Admitted Pro Hac Vice
Anna R. Rick, Esq. (MN #0401065)
Pro Hac Vice to be filed
JOHNSON BECKER, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: (612) 436-1800
Fax: (612) 436-1801
akress@johnsonbecker.com
arick@johnsonbecker.com

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| ELHAM MOTEVALIAN, an individual, | Case No. 8:24-cv-01704-AH-KESx |
| Plaintiff(s), | |
| v. | **ORDER ON STIPULATION TO DISMISS PURSAUNT TO FED. R. CIV. P. 41(a)(1)(A)(ii)   [36]** |
| SHARKNINJA OPERATING LLC, | |
| Defendant(s). | |

AND NOW, this 15th day of  May   , 2026, it is hereby **ORDERED and DECREED** that the Stipulation in the above-captioned matter is hereby **GRANTED.** The case may be, and hereby is DISMISSED WITH PREJUDICE, and without costs.

DATED: MAY 15, 2026

IT IS SO ORDERED.

BY THE COURT:

*Annttwang*

ANNE HWANG
UNITED STATES DISTRICT JUDGE